# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| NORTHWEST GARDEN CENTER, INC. | § § | Case No. 08-02665 |
| Debtor(s) | § § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                         $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ \_\_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_\_ , for a total compensation of $ \_\_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_\_ , and now requests reimbursement for expenses of $ \_\_\_\_\_ , for total expenses of $ \_\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH E. COHEN_____
                                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 08-02665 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | NORTHWEST GARDEN CENTER, INC. | Date Filed (f) or Converted (c): | 02/06/08 (f) |
| | | 341(a) Meeting Date: | 03/17/08 |
| For Period Ending: | 10/18/11 | Claims Bar Date: | 06/26/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VEHICLES | 7,500.00 | 3,000.00 | | 4,000.00 | 0.00 |
| 2. OFFICE EQUIPMENT | 1,050.00 | 1,000.00 | | 1,000.00 | 0.00 |
| 3. MACHINERY | 34,700.00 | 20,000.00 | | 18,000.00 | 2,000.00 |
| 4. INVENTORY | 41,081.03 | 25,000.00 | | 40,591.50 | 0.00 |
| 5. BANK ACCOUNTS (u) | 0.00 | Unknown | | 1,185.04 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 56.31 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $84,331.03 | $49,000.00 | | $64,832.85 | $2,000.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO EMPLOY AUCTIONEER TO SELL ASSETS OF DEBTOR. ASSETS SOLD. TRUSTEE MAY FILE FRAUDULENT CONVEYANCE ACTIONS.
TRUSTEE REVIEWING CLAIMS PRIOR TO DRAFTING OF FINAL REPORT. TRUSTEE IS PREPARING HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 11/03/00    Current Projected Date of Final Report (TFR): 11/30/10

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                Ver: 16.04e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-02665 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | NORTHWEST GARDEN CENTER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7044 BofA - Money Market Account |
| Taxpayer ID No: | *******7069 | | | |
| For Period Ending: | 10/18/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/08 | * NOTE * | American Auction Associates, Inc. | Sale proceeds | 1129-000 | 63,591.50 | | 63,591.50 |
| | | | * NOTE * Properties 1, 2, 3, 4 | | | | |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.24 | | 63,591.74 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 8.08 | | 63,599.82 |
| * 08/05/08 | 000301 | Chicago | Rent | 2410-003 | | 17,718.30 | 45,881.52 |
| | | | Rent | | | | |
| * 08/05/08 | 000301 | Chicago | Rent | 2410-003 | | -17,718.30 | 63,599.82 |
| 08/05/08 | 000302 | Chicago Title Land Trust Co. Trust 76982 | Rent | 2410-000 | | 17,718.30 | 45,881.52 |
| | | | Rent | | | | |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.55 | | 45,888.07 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.65 | | 45,893.72 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.45 | | 45,898.17 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.76 | | 45,901.93 |
| 12/23/08 | 5 | Inland Bank | turnover of bank account | 1229-000 | 1,185.04 | | 47,086.97 |
| | | | Turnover of bank account | | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 2.31 | | 47,089.28 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.40 | | 47,089.68 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 47,090.04 |
| 02/28/09 | 000303 | International Sureties, Ltd. | Bond premium | 2300-000 | | 38.65 | 47,051.39 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/09 | 000304 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-000 | | 7,244.58 | 39,806.81 |
| | | | Auctioneer Expenses | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 39,807.16 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 39,808.03 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.01 | | 39,809.04 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.99 | | 39,810.03 |
| | | | Page Subtotals | | 64,811.56 | 25,001.53 | |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-02665 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | NORTHWEST GARDEN CENTER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7044  BofA - Money Market Account |
| Taxpayer ID No: | *******7069 | | | |
| For Period Ending: | 10/18/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,811.04 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,812.05 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.98 | | 39,813.03 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,814.04 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.98 | | 39,815.02 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,816.03 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,817.04 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 39,817.96 |
| 03/26/10 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 47.34 | 39,770.62 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 39,771.64 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.98 | | 39,772.62 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,773.63 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.99 | | 39,774.62 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,775.63 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 39,776.65 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.98 | | 39,777.63 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,778.64 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.99 | | 39,779.63 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,780.64 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,781.65 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 39,781.96 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,782.30 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,782.63 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,782.97 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,783.31 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,783.65 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,783.98 |

Page Subtotals          21.29          47.34

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 08-02665 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | NORTHWEST GARDEN CENTER, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7044 BofA - Money Market Account |
| Taxpayer ID No: | *******7069 | | |
| For Period Ending: | 10/18/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 64,832.85 | 25,048.87 | 39,783.98 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 64,832.85 | 25,048.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 64,832.85 | 25,048.87 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********7044 | 64,832.85 | 25,048.87 | 39,783.98 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 64,832.85 | 25,048.87 | 39,783.98 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 07, 2011 |

Case Number: 08-02665  
Debtor Name: NORTHWEST GARDEN CENTER, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3410-00 | Popowcer & Katten Ltd. | Administrative | | $1,965.00 | $0.00 | $1,965.00 |
| 001 3110-00 | Cohen & Krol | Administrative | | $4,748.75 | $0.00 | $4,748.75 |
| 000001 | Jordan Cohen<br>4510 N. Seminole Drive<br>Glenview, IL 60026 | Unsecured | | $773,721.50 | $0.00 | $773,721.50 |
| 000002 070 7100-00 | Laura R. Cohen<br>538 Prestwick Lane<br>Wheeling, IL 60090 | Unsecured | | $38,500.00 | $0.00 | $38,500.00 |
| 000003 070 7100-00 | Unilock Chicago, Inc.<br>301 E. Sullivan Rd.<br>Aurora, IL 60504 | Unsecured | | $101,186.92 | $0.00 | $101,186.92 |
| 000004 070 7100-00 | Ronald Fields<br>C/O Davidson & Schwartz<br>Attn: Arnold M. Schwartz<br>111 North Canal Street, Ste 394<br>Chicago, IL 60606-7203 | Unsecured | | $59,597.22 | $0.00 | $59,597.22 |
| 000005 070 7100-00 | Chicago Land Trust Title Co.T/U/T<br>Trust No. 76982<br>c/o Davidson & Schwartz<br>Attn Arnold M. Schwartz<br>111 North Canal Street, Ste 394<br>Chicago, IL 60606 | Unsecured | | $214,928.00 | $0.00 | $214,928.00 |
| 000007 070 7100-00 | St. Paul Fire and Marine Insurance Company<br>and Travelers Indemnity Company & Affili<br>C/O RMS Bankruptcy Recovery Services<br>P O BOX 5126<br>Timonium, MD 21094 | Unsecured | | $660.24 | $0.00 | $660.24 |
| 000008 070 7100-00 | Waste Management<br>2421 W. Peoria Ave Suite 110<br>Phoenix, AZ 85029 | Unsecured | | $130.72 | $0.00 | $130.72 |
| 000009 | Cohen, Laura<br>4510 N. Seminole Drive<br>Glenview, IL 60026 | Unsecured | | $38,500.00 | $0.00 | $38,500.00 |
| 000010 070 7100-00 | Myron Tiersky<br>175 East Delaware Place, Apt. 6210<br>Chicago, IL 60611 | Unsecured | | $812,221.50 | $0.00 | $812,221.50 |

Page 2

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: November 07, 2011

Case Number: 08-02665
Debtor Name: NORTHWEST GARDEN CENTER, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | Jordan H. Cohen<br>4510 N. Seminole Drive<br>Glenview, IL 60026 | Unsecured | | $800,388.17 | $0.00 | $800,388.17 |
| 000012 070 7100-00 | Steven Tiersky<br>39 Tamarisk Lane<br>Deerfield, IL 60015 | Unsecured | | $865,554.83 | $0.00 | $865,554.83 |
| 000013 | Myron Tiersky<br>175 East Delaware Place, Apt. 6210<br>Chicago, IL 60611 | Unsecured | | $812,221.50 | $0.00 | $812,221.50 |
| 000014 | Myron Tiersky<br>175 East Delaware Place, Apt. 6210<br>Chicago, IL 60611 | Unsecured | | $812,221.50 | $0.00 | $812,221.50 |
| 000015 | Laura Cohen<br>4510 N. Seminole Drive<br>Glenview, Illinois 60026 | Unsecured | | $38,500.00 | $0.00 | $38,500.00 |
| 000016 | Steven Tiersky<br>39 Tamarisk Lane<br>Deerfield, IL 60015 | Unsecured | | $865,554.83 | $0.00 | $865,554.83 |
| 000017 | Jordan Cohen<br>4510 N. Seminole Drive<br>Glenview, IL 60026 | Unsecured | | $800,388.17 | $0.00 | $800,388.17 |
| 000018 070 7100-00 | Herron Excavating & Topsoil<br>908 E. Burnett Rd.<br>Island Lake, IL 60042 | Unsecured | | $900.00 | $0.00 | $900.00 |
| 000019 080 7200-00 | CITGO<br>P.O. Box 2224<br>Birmingham, AL 35246-0017 | Unsecured | | $933.05 | $0.00 | $933.05 |
| 000006 | Chicago Land Trust Title Co.T/U/T<br>Trust No. 76982<br>c/o Davidson & Schwartz<br>Attn Arnold M. Schwartz<br>111 North Canal Street, Ste 394<br>Chicago, IL 60606 | Secured | | $58,668.00 | $0.00 | $58,668.00 |
| | Case Totals: | | | $7,101,489.90 | $0.00 | $7,101,489.90 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-02665
Case Name: NORTHWEST GARDEN CENTER, INC.
Trustee Name: JOSEPH E. COHEN

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer & Katten Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Laura R. Cohen<br>538 Prestwick Lane<br>Wheeling, IL 60090 | $ | $ | $ |
| 000003 | Unilock Chicago, Inc.<br>301 E. Sullivan Rd.<br>Aurora, IL 60504 | $ | $ | $ |
| 000004 | Ronald Fields<br>C/O Davidson & Schwartz<br>Attn: Arnold M. Schwartz<br>111 North Canal Street, Ste 394<br>Chicago, IL 60606-7203 | $ | $ | $ |
| 000005 | Chicago Land Trust Title Co.T/U/T Trust No. 76982<br>c/o Davidson & Schwartz<br>Attn Arnold M. Schwartz<br>111 North Canal Street, Ste 394<br>Chicago, IL 60606 | $ | $ | $ |
| 000007 | St. Paul Fire and Marine Insurance Company and Travelers Indemnity Company & Affili<br>C/O RMS Bankruptcy Recovery Services<br>P O BOX 5126<br>Timonium, MD 21094 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Waste Management<br>2421 W. Peoria Ave Suite 110<br>Phoenix, AZ 85029 | $ | $ | $ |
| 000010 | Myron Tiersky<br>175 East Delaware Place, Apt. 6210<br>Chicago, IL 60611 | $ | $ | $ |
| 000011 | Jordan H. Cohen<br>4510 N. Seminole Drive<br>Glenview, IL 60026 | $ | $ | $ |
| 000012 | Steven Tiersky<br>39 Tamarisk Lane<br>Deerfield, IL 60015 | $ | $ | $ |
| 000018 | Herron Excavating & Topsoil<br>908 E. Burnett Rd.<br>Island Lake, IL 60042 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | CITGO<br>P.O. Box 2224<br>Birmingham, AL 35246-0017 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

    Remaining Balance                                                                                                   $_____

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*