# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | |
|---|---|
| In re: § | |
| § | |
| NORTHWEST GARDEN CENTER, INC. § | Case No. 08-02665 |
| § | |
| Debtor(s) § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

  4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____  By:/s/JOSEPH E. COHEN _____
                                                                Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CHICAGO LAND TRUST TITLE CO.T/U/T T | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CHICAGO TITLE LAND TRUST CO. TRUST | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| POPOWCER & KATTEN LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CHICAGO LAND TRUST TITLE CO.T/U/T T | | | | | |
| 000009 | COHEN, LAURA | | | | | |
| 000001 | JORDAN COHEN | | | | | |
| 000017 | JORDAN COHEN | | | | | |
| 000011 | JORDAN H. COHEN | | | | | |
| 000015 | LAURA COHEN | | | | | |
| 000002 | LAURA R. COHEN | | | | | |
| 000010 | MYRON TIERSKY | | | | | |
| 000013 | MYRON TIERSKY | | | | | |
| 000014 | MYRON TIERSKY | | | | | |
| 000004 | RONALD FIELDS | | | | | |
| 000007 | ST. PAUL FIRE AND MARINE INSURANCE | | | | | |
| 000012 | STEVEN TIERSKY | | | | | |
| 000016 | STEVEN TIERSKY | | | | | |
| 000003 | UNILOCK CHICAGO, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | HERRON EXCAVATING & TOPSOIL | | | | | |
| 000008 | WASTE MANAGEMENT | | | | | |
| 000019 | CITGO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-02665 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | NORTHWEST GARDEN CENTER, INC. | Date Filed (f) or Converted (c): | 02/06/08 (f) |
| | | 341(a) Meeting Date: | 03/17/08 |
| For Period Ending: | 12/22/12 | Claims Bar Date: | 06/26/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VEHICLES | 7,500.00 | 3,000.00 | | 4,000.00 | 0.00 |
| 2. OFFICE EQUIPMENT | 1,050.00 | 1,000.00 | | 1,000.00 | 0.00 |
| 3. MACHINERY | 34,700.00 | 20,000.00 | | 18,000.00 | FA |
| 4. INVENTORY | 41,081.03 | 25,000.00 | | 40,591.50 | 0.00 |
| 5. BANK ACCOUNTS (u) | 0.00 | Unknown | | 1,185.04 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 57.45 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $84,331.03 | $49,000.00 | | $64,833.99 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO EMPLOY AUCTIONEER TO SELL ASSETS OF DEBTOR. ASSETS SOLD. TRUSTEE MAY FILE FRAUDULENT CONVEYANCE ACTIONS.
TRUSTEE REVIEWING CLAIMS PRIOR TO DRAFTING OF FINAL REPORT. TRUSTEE IS PREPARING HIS FINAL REPORT. TRUSTEE HAS FILED
HIS FINAL REPORT AND A DISTRIBUTION TO CREDITORS WAS MADE ON DEC. 14, 2011.

Initial Projected Date of Final Report (TFR): 11/03/00    Current Projected Date of Final Report (TFR): 11/30/10

Case 08-02665 Doc 52 Filed 01/27/13 Entered 01/27/13 22:35:22 Desc Main
Document Page 9 of 14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-02665 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | NORTHWEST GARDEN CENTER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7044 BofA - Money Market Account |
| Taxpayer ID No: | *******7069 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/08 | * NOTE * | American Auction Associates, Inc. | Sale proceeds | 1129-000 | 63,591.50 | | 63,591.50 |
| | | | * NOTE * Properties 1, 2, 3, 4 | | | | |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.24 | | 63,591.74 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 8.08 | | 63,599.82 |
| * 08/05/08 | 000301 | Chicago | Rent | 2410-003 | | 17,718.30 | 45,881.52 |
| | | | Rent | | | | |
| * 08/05/08 | 000301 | Chicago | Rent | 2410-003 | | -17,718.30 | 63,599.82 |
| 08/05/08 | 000302 | Chicago Title Land Trust Co. Trust 76982 | Rent | 2410-000 | | 17,718.30 | 45,881.52 |
| | | | Rent | | | | |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.55 | | 45,888.07 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.65 | | 45,893.72 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.45 | | 45,898.17 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.76 | | 45,901.93 |
| 12/23/08 | 5 | Inland Bank | turnover of bank account | 1229-000 | 1,185.04 | | 47,086.97 |
| | | | Turnover of bank account | | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 2.31 | | 47,089.28 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.40 | | 47,089.68 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 47,090.04 |
| 02/28/09 | 000303 | International Sureties, Ltd. | Bond premium | 2300-000 | | 38.65 | 47,051.39 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/09 | 000304 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-000 | | 7,244.58 | 39,806.81 |
| | | | Auctioneer Expenses | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 39,807.16 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 39,808.03 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.01 | | 39,809.04 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.99 | | 39,810.03 |

Page Subtotals 64,811.56 25,001.53

Ver: 17.00b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-02665 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | NORTHWEST GARDEN CENTER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7044  BofA - Money Market Account |
| Taxpayer ID No: | *******7069 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,811.04 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,812.05 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.98 | | 39,813.03 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,814.04 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.98 | | 39,815.02 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,816.03 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,817.04 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 39,817.96 |
| 03/26/10 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 47.34 | 39,770.62 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 39,771.64 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.98 | | 39,772.62 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,773.63 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.99 | | 39,774.62 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,775.63 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 39,776.65 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.98 | | 39,777.63 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,778.64 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.99 | | 39,779.63 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,780.64 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,781.65 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 39,781.96 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,782.30 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,782.63 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,782.97 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,783.30 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,783.64 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,783.98 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,784.31 |

Page Subtotals     21.62     47.34

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-02665 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | NORTHWEST GARDEN CENTER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7044 BofA - Money Market Account |
| Taxpayer ID No: | *******7069 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,784.65 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.68 | 39,733.97 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,734.30 |
| 12/14/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 39,734.44 |
| 12/14/11 | | Transfer to Acct #*******2015 | Final Posting Transfer | 9999-000 | | 39,734.44 | 0.00 |

|   |   |   | COLUMN TOTALS | 64,833.99 | 64,833.99 | 0.00 |
|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CD's | 0.00 | 39,734.44 | |
| | | | Subtotal | 64,833.99 | 25,099.55 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 64,833.99 | 25,099.55 | |

Page Subtotals        0.81        39,785.12

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2            Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 08-02665 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | NORTHWEST GARDEN CENTER, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2015 BofA - Checking Account |
| Taxpayer ID No: | *******7069 | | |
| For Period Ending: | 12/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/11 | | Transfer from Acct #*******7044 | Transfer In From MMA Account | 9999-000 | 39,734.44 | | 39,734.44 |
| 12/14/11 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 6,491.66 | 33,242.78 |
| 12/14/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 36.40 | 33,206.38 |
| 12/14/11 | 003003 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 1,582.92 | 31,623.46 |
| 12/14/11 | 003004 | Popowcer & Katten Ltd. | Accountant for Trustee fees<br>Accountant for Trustee fees | 3410-000 | | 1,965.00 | 29,658.46 |
| 12/14/11 | 003005 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 1,582.92 | 28,075.54 |
| 12/14/11 | 003006 | Joseph E. Cohen, Attorney | Attorney for Trustee fees | 3110-000 | | 1,582.91 | 26,492.63 |
| 12/14/11 | 003007 | Laura R. Cohen<br>538 Prestwick Lane<br>Wheeling, IL 60090 | Claim 000002, Payment 0.91540% | 7100-000 | | 352.43 | 26,140.20 |
| 12/14/11 | 003008 | Unilock Chicago, Inc.<br>301 E. Sullivan Rd.<br>Aurora, IL 60504 | Claim 000003, Payment 0.91541% | 7100-000 | | 926.28 | 25,213.92 |
| 12/14/11 | 003009 | Ronald Fields<br>C/O Davidson & Schwartz<br>Attn: Arnold M. Schwartz<br>111 North Canal Street, Ste 394<br>Chicago, IL 60606-7203 | Claim 000004, Payment 0.91541% | 7100-000 | | 545.56 | 24,668.36 |
| 12/14/11 | 003010 | Chicago Land Trust Title Co.T/U/T Trust No. 76982<br>c/o Davidson & Schwartz<br>Attn Arnold M. Schwartz<br>111 North Canal Street, Ste 394 | Claim 000005, Payment 0.91541% | 7100-000 | | 1,967.48 | 22,700.88 |

Page Subtotals     39,734.44     17,033.56

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-02665 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | NORTHWEST GARDEN CENTER, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2015 BofA - Checking Account |
| Taxpayer ID No: | *******7069 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/14/11 | 003011 | Chicago, IL 60606<br>St. Paul Fire and Marine Insurance Company<br>and Travelers Indemnity Company & Affili<br>C/O RMS Bankruptcy Recovery Services<br>P O BOX 5126<br>Timonium, MD 21094 | Claim 000007, Payment 0.91482% | 7100-000 | | 6.04 | 22,694.84 |
| 12/14/11 | 003012 | Myron Tiersky<br>175 East Delaware Place, Apt. 6210<br>Chicago, IL 60611 | Claim 000010, Payment 0.91541% | 7100-000 | | 7,435.17 | 15,259.67 |
| 12/14/11 | 003013 | Jordan H. Cohen<br>4510 N. Seminole Drive<br>Glenview, IL 60026 | Claim 000011, Payment 0.91541% | 7100-000 | | 7,326.85 | 7,932.82 |
| 12/14/11 | 003014 | Steven Tiersky<br>39 Tamarisk Lane<br>Deerfield, IL 60015 | Claim 000012, Payment 0.91541% | 7100-000 | | 7,923.39 | 9.43 |
| * 12/14/11 | 003015 | Herron Excavating & Topsoil<br>908 E. Burnett Rd.<br>Island Lake, IL 60042 | Claim 000018, Payment 0.91444% | 7100-003 | | 8.23 | 1.20 |
| 12/14/11 | 003016 | United States Bankruptcy Court<br>IL | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #   CLAIM #    DIVIDEND<br>==================================<br>  8       000008        1.20 | 7100-001 | | 1.20 | 0.00 |
| * 05/29/12 | 003015 | Herron Excavating & Topsoil<br>908 E. Burnett Rd.<br>Island Lake, IL 60042 | Claim 000018, Payment 0.91444% | 7100-003 | | -8.23 | 8.23 |
| 05/29/12 | 003017 | United States Bankruptcy Court<br>IL | Claim 000018, Payment 0.91444% | 7100-001 | | 8.23 | 0.00 |

Page Subtotals                     0.00              22,700.88

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2     Page: 6

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-02665 -ABG |
| Case Name: | NORTHWEST GARDEN CENTER, INC. |
| Taxpayer ID No: | *******7069 |
| For Period Ending: | 12/22/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2015  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 39,734.44 | 39,734.44 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 39,734.44 | 0.00 | |
| | | | Subtotal | | 0.00 | 39,734.44 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 39,734.44 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********7044 | 64,833.99 | 25,099.55 | 0.00 |
| BofA - Checking Account - ********2015 | 0.00 | 39,734.44 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 64,833.99 | 64,833.99 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*